KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for JESSE MONTANEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 2:12-CR-00399JAM |
| Plaintiff, ) | |
| ) | AMENDED STIPULATION AND |
| v. ) | ORDER TO CONTINUE |
| ) | STATUS CONFERENCE |
| ) | |
| RAMON LEVARIO, et. al. ) | |
| ) | Date: 9-16-2014 |
| Defendant. ) | Time: 9:30 a.m. |
| _____) | Judge: Hon. John A. Mendez |

      Plaintiff United States of America, by and through its counsel of record, JILL THOMAS and defendant JESSE MONTANEZ, by and through his counsel of record, KELLY BABINEAU, hereby stipulate as follows:

      1.      By previous order, this matter was set for status on August 26, 2014.

      2.      By this stipulation, defendants now moves to continue the status conference until September 16, 2014 at 9:30 a.m., and to exclude time between August 26, 2014 and September 16, 2014, under Local Code T4.  Plaintiff does not oppose this request.

      3.      The parties agree and stipulate, and request that the Court find the

following:

    a.    The government has provided the discovery in this case.

    b.    Counsel for defendant desires additional time to complete the review of discovery, to conduct defense investigation, and to discuss potential resolutions with her client. Counsel is continuing to engage in negotiations with the government. An offer has been made to the defendant, but counsel for the defendant has been in trial, which is ongoing, so she has not had an opportunity to fully discuss the offer with him.

    c.    Counsel for defendants believe that failure to grant the above-requested continuance would deny their reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 26, 2014 to September 16, 2014 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other

provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 24, 2014                    Respectfully submitted,

                                                  /s/ JILL THOMAS
                                                  Kelly Babineau for:
                                                  JILL THOMAS
                                                  Assistant US Attorney


Dated: August 24, 2014                    /s/ KELLY BABINEAU
                                                  KELLY BABINEAU
                                                  Attorney for JESSE MONTANEZ


## **O R D E R**

IT IS SO FOUND AND ORDERED this 25th day of August, 2014.

                                                  /s/ John A. Mendez
                                                  UNITED STATES DISTRICT COURT JUDGE