PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00399-JAM |
| Plaintiff, | ORDER AUTHORIZING DISCLOSURE OF PSR |
| v. | DATE: |
| JESSE ANTHONY MONTANEZ, | TIME: |
| Defendant. | COURT: Hon. John A. Mendez |

**<u>ORDER AUTHORIZING DISCLOSURE OF PSR</u>**

Based on the United States's Ex Parte Motion to Disclose PSR, and pursuant to Local Rule 460(b), it is HEREBY ORDERED that the PSR for defendant Jesse Anthony Montanez (ECF 77) is authorized to be disclosed to the United States Attorney's Office for the Western District of Louisiana for use in the criminal investigation and prosecution of defendant Jesse Anthony Montanez.

Dated: January 30, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE